UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21cv06237-CAS(AGRx) | Date | September 11, 2023 |
|---|---|---|---|
| Title | *DOMINIQUE WARE v. CITY OF LOS ANGELES* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) - ORDER TO SHOW CAUSE

   **IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **October 2, 2023**, why this action should not be dismissed for lack of prosecution as to **defendants Officer Adrian Jordan (Badge No. 41584); Officer Jae Lee (Badge No. 40824); and Officer Omar Ruiz (Badge No. 42815), only.**  In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of briefs.

   Plaintiff is advised that the Court will consider proofs of service of summons on the amended complaint and the amended complaint [67] on **defendants Officer Adrian Jordan (Badge No. 41584); Officer Jae Lee (Badge No. 40824); and Officer Omar Ruiz (Badge No. 42815)** on or before the above date, as a satisfactory response to the Order to Show Cause.

|  |  | 00 | : | 00 |
|---|---|---|---|---|
|  | Initials of Preparer | | CMJ | |